**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00427-CV**
_____

**BONNIE BROUSSARD DOYLE, Appellant**

**V.**

**CONDON'S MINI-STORAGE LLC, BRIAN CONDON, AND LISA CONDON, Appellees**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 127899**

**MEMORANDUM OPINION**

Bonnie Broussard Doyle appeals from a judgment signed August 1, 2018. On November 30, 2018, we notified the parties that the clerk's record had not been filed due to the appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned appellant that her appeal would be dismissed for want of prosecution unless she established that she paid the fee or needed additional time to do so. By separate letter on January 9, 2019, we notified

1

the parties that the appeal would be dismissed for want of prosecution unless the appellant remitted the filing fee for the appeal. None of the parties filed a response. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b), (c).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on February 6, 2019
Opinion Delivered February 7, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.